AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

SALEM HOSPITAL

V.

AFSCME, COUNCIL 93

2004 JAN 15 P 3: 25

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 CV 12650 RGS**

TO: (Name and address of Defendant)

AFSCME, COUNCIL 93
8 Beacon Street
Boston, Mass 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RICHARD P. WARD, ESQ
ROPES & GRAY
ONE INTERNATIONAL PLACE
BOSTON, MASS 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK   TONY ANASTAS

DATE   12-31-03

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I have accepted service of the Summons and Complaint on behalf of the defendant on January 14, 2004

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

*Signature of Server*

Angela Davidovich
Associate General Counsel
AFSCME Council 93
8 Beacon Street
Boston, MA 02108

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.