UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SALEM HOSPITAL,           ) | |
|                           ) | |
|           Plaintiff,      ) | |
|                           ) | CIVIL ACTION NO. 03-12650-RGS |
|           v.              ) | |
|                           ) | |
| AFSCME, COUNCIL 93,       ) | |
|                           ) | |
|           Defendant.      ) | |

## JOINT STATEMENT

In accordance with Local Rule 16.1, the Plaintiff files this Joint Statement in preparation for the Scheduling Conference, scheduled by the Court for April 27, 2004 at 3:15 p.m.

A.  <u>Joint Discovery Plan</u>

No discovery is needed or appropriate.

B.  <u>Schedule for Filing Motions</u>

The parties agree to the following schedule for dispositive motions:

1.  Cross-Motions for Summary Judgment by the Plaintiff on or before May 28, 2004.

2.  Oppositions to Motions for Summary Judgment by Defendant on June 28, 2004.

3.  Reply Briefs by July 12, 2004.

C.  <u>Trial by Magistrate or Mediator</u>

The parties do not consent to a trial by magistrate or to mediation.

9414495_1

D.   Certifications

The certifications required by Local Rule 16.1(D) are filed separately by the parties.

Respectfully submitted,

For the Plaintiff,

*/s/ Richard P. Ward*
Richard P. Ward
BBO #516040
Ropes & Gray, LLP
One International Place
Boston, Massachusetts  02110
(617) 951-7000

For the Defendant,

*/s/ Wayne Soini by rpw*
Wayne Soini, Esq.
AFSCME, Council 93
8 Beacon Street
Boston, Massachusetts  02108
(617) 367-6000

Dated: April 16, 2004