UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SALEM HOSPITAL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-12650-RGS |
| | ) | |
| v. | ) | |
| | ) | |
| AFSCME, COUNCIL 93, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 16.1(D)(3)

The Plaintiff in this action and its undersigned representative hereby certify that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Joanne M. Salines, MS RN
Director, Labor Relations
Partners HealthCare System
75 Francis Street
Boston, Massachusetts  02115
(617) 525-3140

Richard P. Ward
BBO #516040
Ropes & Gray, LLP
One International Place
Boston, Massachusetts  02110
(617) 951-7000

Dated: April 8, 2004

9414511_1