UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALEM HOSPITAL,              )<br>                                             )<br>         Plaintiff,              )<br>                                             )     CIVIL ACTION NO. 03-12650-RGS<br>    v.                                    )<br>                                             )<br>AFSCME, COUNCIL 93,      )<br>                                             )<br>         Defendant.           )| |

AMENDED JOINT STATEMENT

In accordance with Local Rule 16.1, the Plaintiff files this Amended Joint Statement in preparation for the Scheduling Conference, scheduled by the Court for April 22, 2004 at 3:15 p.m.

A.  Joint Discovery Plan

   No discovery is needed or appropriate.

B.  Schedule for Filing Motions

   The parties agree to the following schedule for dispositive motions:

   1.  Cross-Motions for Summary Judgment by the Plaintiff on or before October 15, 2004.

   2.  Oppositions to Motions for Summary Judgment by Defendant on or before November 15, 2004.

   3.  Reply Briefs on or before December 6, 2004.

9414495_1

C.   Trial by Magistrate or Mediator

The parties do not consent to a trial by magistrate or to mediation.

D.   Certifications

The certifications required by Local Rule 16.1(D) are filed separately by the parties.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| *Richard P. Ward* (signature) | *Wayne Soini by rpw* (signature) |
| Richard P. Ward | Wayne Soini, Esq. |
| BBO #516040 | AFSCME, Council 93 |
| Ropes & Gray, LLP | 8 Beacon Street |
| One International Place | Boston, Massachusetts  02108 |
| Boston, Massachusetts  02110 | (617) 367-6000 |
| (617) 951-7000 | |

Dated: April 21, 2004