UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SALEM HOSPITAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 03-12650-RGS |
| v. | ) | |
| | ) | |
| AFSCME, COUNCIL 93, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO CHANGE DATES
FOR SUBMISION OF CROSS MOTIONS
FOR SUMMARY JUDGMENT

The parties respectfully move the Court to change the dates for submission of Cross-Motions for Summary Judgment, Oppositions and Reply Briefs from October 15, 2004, November 15, 2004 and December 6, 2004 respectively, to November 15, 2004 for filing of motions, December 15, 2004 for filing of oppositions and December 29, 2004 for filing of reply briefs. The parties are still in collective bargaining negotiations and it is believed that good faith negotiations should produce a final resolution. Moreover, the attorney for the plaintiff will be on vacation, out of the country, for the next two weeks.

For the Plaintiff

(s) Richard P. Ward
Richard P. Ward
BBO #516040
Ropes & Gray, LLP
One International Place
Boston, Massachusetts  02110
(617) 951-7000

For the Defendant,

(s) Wayne Soini
Wayne Soini, Esq.
AFSCME, Council 93
8 Beacon Street
Boston, Massachusetts  02108
(617) 367-6000

Dated:  October 6, 2004

9554488_1.DOC