UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
SALEM HOSPITAL,                 )
                                )
            Plaintiff,          )
                                )        CIVIL ACTION NO. 03-12650-RGS
      v.                        )
                                )
AFSCME, COUNCIL 93,             )
                                )
            Defendant.          )
_____)


JOINT MOTION TO CHANGE DATE
FOR SUBMISION OF CROSS MOTIONS
FOR SUMMARY JUDGMENT

        The parties respectfully move the Court to change the date for submission of

Cross-Motions for Summary Judgment, from November 15, 2004 to December 6, 2004.

The parties are still in collective bargaining negotiations including the underlying issue.

This change does not alter the dates for oppositions and reply briefs previously

designated by the Court and will thus not in any way further delay ultimate resolution.


For the Plaintiff                         For the Defendant,

(s) Richard P. Ward                       (s) Wayne Soini
Richard P. Ward                           Wayne Soini, Esq.
BBO #516040                               AFSCME, Council 93
Ropes & Gray, LLP                         8 Beacon Street
One International Place                    Boston, Massachusetts  02108
Boston, Massachusetts  02110              (617) 367-6000
(617) 951-7000


Dated:  November 11, 2004