UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALEM HOSPITAL ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.  03-12650-RGS |
| ) | |
| AFSCME, COUNCIL 93, ) | |
| ) | |
|    Defendant. ) | |

## PLAINTIFF'S MOTION FOR JUDGMENT

The Plaintiff, Salem Hospital respectfully moves the Court for judgment on the
pleadings in accordance with Fed. R. Civ. P., Rule 12(c).  This is an action to vacate an
arbitral award and the case is ready for judgment in that there are no facts to be tried.

SALEM HOSPITAL

By its attorneys,

_Richard P. Ward_

Richard P. Ward, BBO # 516040
Michelle H. Lawson, BBO # pending
Ropes & Gray LLP
One International Place
Boston, MA  02110
(617) 951-7000

Dated: December 6, 2004

Certification under Rule 7.1(A)(2)

The attorneys for the parties have conferred and attempted in good faith to resolve
or narrow the issues.

_Richard P. Ward_

Richard P. Ward

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of
the above document was served upon the
attorney of record for each party by mail/by hand

Date: 12-6-04    _R. P. Ward_