

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALEM HOSPITAL, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>AMERICAN FEDERATION OF )<br>STATE, COUNTY and )<br>MUNICIPAL EMPLOYEES )<br>COUNCIL 93, AFL-CIO )<br>    Defendant ) | C.A. No. 03 CV 12650 RGS |

### DEFENDANT AFSCME COUNCIL 93, AFL-CIO'S
### MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56

Now comes AFSCME Council 93, AFL-CIO, and moves that Summary Judgment enter in its favor, dismissing the instant appeal and affirming the arbitrator's award as valid, final and binding, for the following reasons:

1) There is no factual dispute.
2) The arbitrator conducted a full and fair hearing, followed by a written determination which the Plaintiff does not challenge as either product of bad faith or dishonesty/corruption.
3) Caselaw in the Memorandum in Support of the Defendant's Motion for Summary Judgment substantiates this Judgment by the Court.

Respectfully submitted,

*Wayne Soini*
WAYNE SOINI, ESQ.
General Counsel
AFSCME Council 93, AFL-CIO
8 Beacon Street
Boston, MA 02l108
Tel.: (617) 367-6024, ext. 4

DA: DECEMBER 6, 2004

### CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

Counsel certifies that the parties have conferred together in a good faith attempt to resolve and narrow issues of the instant action.   *Wayne Soini*

## CERTIFICATE OF SERVICE

I, Linda Baker, Legal Secretary, AFSCME Council 93, AFL-CIO, 8 Beacon Street, Boston, MA 02108, hereby certify that I served the within motion by mailing same, together with its accompanying memorandum, by mail, first class postage prepaid, upon Richard Ward, Esq., Ropes & Gray, LLP, One International Place, Boston, MA 02110, this 6th day of December, 2004:

*/s/ Linda Baker*