

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALEM HOSPITAL )
)
Plaintiff, )
)
v. ) C.A. No. 03-12650-RGS
)
AFSCME, COUNCIL 93, )
)
Defendant. )

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Salem Hospital, opposes the Defendant's Motion for Summary Judgment for the reasons set forth in Plaintiff's Memorandum of Law in Support of its Motion for Judgment.

The Defendant's Memorandum in support of its motion fails to address the extraordinarily limited authority given to the Arbitrator in the collective bargaining agreement which compelled her to accept the reasonable interpretation of the Agreement by the Hospital utilizing an "arbitrary and capricious" standard of review. Agreement, § 4.1, p. 8. By ignoring the plain language that imposed this standard of review on the Arbitrator, she essentially modified the agreement. She was also prohibited by the

Agreement from making such an amendment. Agreement, § 6.4, p. 14. As a result, the Arbitrator exceeded her authority and her arbitral award did not draw its essence from the collective bargaining agreement.

SALEM HOSPITAL

By its attorneys,

*(s) Richard P. Ward*
Richard P. Ward, BBO #516040
Michelle H. Lawson, BBO # pending
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: December 15, 2004

## CERTIFICATE OF SERVICE

I certify that the foregoing Opposition was served upon the Defendant on December 15, 2004 by mailing a copy to its attorney, Wayne Soini, Esq.

*(s) Richard P. Ward*