UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SALEM HOSPITAL

    V.                                        CIVIL ACTION NO. 03-12650-RGS

AFSCME, COUNCIL 93

# NOTICE OF HEARING

STEARNS, DJ.                                                          MARCH 10, 2005

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

WEDNESDAY, MAY 18, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                                    RICHARD G. STEARNS
                                                                    UNITED STATES DISTRICT JUDGE

                                    BY:

                                                                 /s/ Mary H. Johnson
                                                                  Deputy Clerk

*To Be Heard:   Cross-Motions for SJ (#'s  9 and 11).