UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 31  P 12: 00

U.S. DISTRICT COURT
DISTRICT OF MASS

SALEM HOSPITAL,

Plaintiff

v.

AFSCME, COUNCIL 93,

Defendant

Civ. No. 03-12650-RGS

## MOTION FOR LEAVE TO SUBSTITUTE MASSACHUSETTS NURSES ASSOCIATION FOR AFSCME, COUNCIL 93, DEFENDANT

Pursuant to Fed. R. Civ. P. 25(c), Defendant AFSCME, Council 93 ("AFSCME"), and Massachusetts Nurses Association ("MNA") jointly move for leave to substitute MNA for AFSCME as Defendant in this matter. As grounds therefor, MNA and AFSCME state that on March 15, 2005, MNA was certified by the National Labor Relations Board (Region One) as the collective bargaining representative for the bargaining unit of Registered Nurses at Salem Hospital. As such, MNA is the successor in interest to AFSCME in this matter.

Respectfully submitted,

For AFSCME, Council 93

By its counsel

_/s/ Wayne Soini_
Wayne Soini
AFSCME, Council 93
8 Beacon Street
Boston, MA 02108
(617) 367-6024

Date: 3/23/05

For Massachusetts Nurses Association

By its counsel,

_/s/_
Alan J. McDonald
Mark A. Hickernell
McDonald & Associates
153 Cordaville Road, Suite 210
Southborough, MA 01772
(508) 485-6600

Date: 3/30/05

## Certificate of Service

I, Mark A. Hickernell, hereby certify that I have this day, by first-class mail, postage prepaid, served a copy of the foregoing Motion For Leave To Substitute Massachusetts Nurses Association For AFSCME, Council 93, Defendant upon Wayne Soini, AFSCME, Council 93, 8 Beacon Street, Boston, Massachusetts 02108 and Richard P. Ward, Esq. Ropes & Gray One International Place Boston, Massachusetts 02110.

Dated: March 30, 2005

_____
Mark A. Hickernell