UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 31 P 12:00

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SALEM HOSPITAL,<br><br>    Plaintiff<br><br>v.<br><br>AFSCME, COUNCIL 93,<br><br>    Defendant | Civ. No. 03-12650-RGS |

**MOTION FOR LEAVE TO SUBSTITUTE COUNSEL
FOR DEFENDANT**

Per Local Rule 83.5.2(c), undersigned counsel for the Defendant, AFSCME, Council 93 ("AFSCME"), hereby moves that he be granted leave to withdraw from this matter, and that undersigned counsel for the Massachusetts Nurses Association ("MNA") be substituted as counsel for the Defendant. In support of this Motion, the undersigned state that this substitution is the logical consequence of their Motion for Leave to Substitute Massachusetts Nurses Association for AFSCME, Council 93, Defendant, filed herewith.

Respectfully submitted,

For AFSCME, Council 93

By its counsel

_Wayne Soini_
Wayne Soini
AFSCME, Council 93
8 Beacon Street
Boston, MA 02108
(617) 367-6024

Date: 3/23/05

For Massachusetts Nurses Association

By its counsel,

_Mark Hickernell_
Alan J. McDonald
Mark A. Hickernell
McDonald & Associates
153 Cordaville Road, Suite 210
Southborough, MA 01772
(508) 485-6600

Date: 3/30/05

## Certificate of Service

I, Mark A. Hickernell, hereby certify that I have this day, by first-class mail, postage prepaid, served a copy of the foregoing Motion For Leave To Substitute Counsel For Defendant upon Wayne, Soini, AFSCME, Council 93, 8 Beacon Street, Boston, Massachusetts 02108 and Richard P. Ward, Esq. Ropes & Gray One International Place Boston, Massachusetts 02110.

Dated:  March 30, 2005

_____
Mark A. Hickernell