UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

THE SALEM HOSPITAL

    V.                                            CIVIL ACTION NO. 03-12650-RGS

MASSACHUSETTS NURSES ASSOC.

# NOTICE OF RESCHEDULING

**STEARNS, DJ.**                                                      **MAY 6, 2005**

THE HEARING IN THE ABOVE-CAPTIONED ACTION, PRESENTLY SCHEDULED FOR MAY 18, 2005, IS HEREBY RE-SCHEDULED TO:

<u>WEDNESDAY, JULY 20, 2005 AT 2:30 P.M.</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                                            RICHARD G. STEARNS  
                                                            UNITED STATES DISTRICT JUDGE

                  **BY:**

                                    **/s/ Mary H. Johnson**  
                                      **Deputy Clerk**