UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
SALEM HOSPITAL,               )
                              )
                              )   Civil Action No. 03-12650-RGS
     v.                       )
                              )
AFSCME, COUNCIL 93.           )
                              )
_____)

## JUDGMENT

STEARNS, District Judge

In accordance with the Court's Memorandum and Order on Cross-Motions for Summary Judgment, dated September 7, 2005, granting Plaintiff's motion for summary judgment and denying Defendant's cross-motion for summary judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for plaintiff against the defendant, vacating the Arbitrator's award.**

BY THE COURT

_____

Dated: September __, 2005

## CERTIFICATE OF SERVICE

    I certify that the foregoing Proposed Judgment was served upon the Defendant on September 16, 2005, by mailing a copy to its attorney of record.

                                                      */s/* Anthony D. Rizzotti
                                                      Anthony D. Rizzotti