UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALEM HOSPITAL,

    v.

AFSCME, COUNCIL 93.

Civil Action No. 03-12650-RGS

### JUDGMENT

STEARNS, District Judge

In accordance with the Court's Memorandum and Order on Cross-Motions for Summary Judgment, dated September 7, 2005, granting Plaintiff's motion for summary judgment and denying Defendant's cross-motion for summary judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for plaintiff against the defendant, vacating the Arbitrator's award.**

BY THE COURT

*[signature]* Mary H. Johnson
Deputy Clerk

Dated: September 29, 2005

**CERTIFICATE OF SERVICE**

I certify that the foregoing Proposed Judgment was served upon the Defendant on September 16, 2005, by mailing a copy to its attorney of record.

/s/ Anthony D. Rizzotti
Anthony D. Rizzotti