UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALEM HOSPITAL,<br><br>    Plaintiff<br><br>v.<br><br>AFSCME, COUNCIL 93,<br><br>    Defendant | Civ. No. 03-12650-RGS |

**NOTICE OF APPEAL**

Notice is hereby given that the Massachusetts Nurses Association, the substituted defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the "Judgment" vacating the arbitrator's award, entered in this action on September 29, 2005.

    Respectfully submitted,

    For the Massachusetts Nurses
    Association,

    By its Attorneys

    _____
    Alan J. McDonald, BBO #330960
    James F. Lamond, BBO #544817
    Mark A. Hickernell, BBO #638005
    McDonald & Associates
    Cordaville Office Center
    153 Cordaville Road, Suite 210
    Southborough, MA 01772
    (508) 485-6600

Dated: October 6, 2005