# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number: 03-cv-12650

Salem Hospital

v.

AFSCME, Counsil 93

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/6/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 21, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/21/05.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:03-cv-12650-RGS

Salem Hospital, the v. AFSCME, Council 93  
Assigned to: Judge Richard G. Stearns  
Cause: 29:185 Labor/Mgt. Relations (Contracts)

Date Filed: 12/31/2003  
Jury Demand: None  
Nature of Suit: 720 Labor: Labor/Mgt. Relations  
Jurisdiction: Federal Question

**Plaintiff**

**Salem Hospital, the**                    represented by **Anthony D. Rizzotti**
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7000
Fax: 617-951-7050
Email: arizzotti@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Ward**
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7444
Fax: 617-951-7050
Email: rward@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AFSCME, Council 93**                    represented by **Wayne Soini**
*TERMINATED: 04/04/2005*                    AFSCME, Council 93
8 Beacon Street
Boston, MA 02108
617-367-6024
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Massachusetts Nurses Association**       represented by **Alan J. McDonald**
McDonald & Associates
Suite 210

Cordaville Office Center
153 Cordaville Road
Southborough, MA 01772
508-485-6600
Fax: 508-485-4477
Email:
amcdonald@masslaborlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Hickernell**
McDonald & Associates
Cordaville Office Center
153 Cordaville Road
Southborough, MA 01772
617-928-0080
Email:
mhickernell@masslaborlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2003 | 1 | COMPLAINT against AFSCME, Council 93 F.F. paid receipt number 52801, filed by Salem Hospital, the.(Flaherty, Elaine) (Entered: 01/05/2004) |
| 12/31/2003 |  | Summons Issued as to AFSCME, Council 93. (Flaherty, Elaine) (Entered: 01/05/2004) |
| 12/31/2003 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Flaherty, Elaine) (Entered: 01/05/2004) |
| 02/12/2004 | 2 | SUMMONS Returned Executed AFSCME, Council 93 served on 1/23/2004, answer due 2/12/2004. (Flaherty, Elaine) (Entered: 02/12/2004) |
| 03/11/2004 | 3 | NOTICE of Scheduling Conference. Scheduling Conference set for 4/22/2004 03:15 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 03/23/2004) |
| 04/16/2004 | 4 | JOINT STATEMENT re scheduling conference. (Flaherty, Elaine) (Entered: 04/20/2004) |
| 04/16/2004 | 5 | CERTIFICATION pursuant to Local Rule 16.1 by Salem Hospital, the. (Flaherty, Elaine) (Entered: 04/20/2004) |
| 04/21/2004 | 6 | Amended JOINT STATEMENT re scheduling conference. (Flaherty, Elaine) (Entered: 04/23/2004) |
| 04/22/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Richard G. |

|  |  | |
|---|---|---|
|  |  | Stearns : Scheduling Conference held on 4/22/2004. Attys. Ward and Abrams present for the pltf. Attys. Soini and Goodwin present for the deft. Cross-motions for SJ shall be filed by 10/15/04, with responses filed by 11/15/04. Any reply briefs shall be filed by 12-6-04. Parties will be notified if a hearing is to be scheduled by the Court. (Court Reporter None.) (Johnson, Mary) Modified on 4/27/2004 (Johnson, Mary). (Entered: 04/27/2004) |
| 10/06/2004 | 7 | Joint MOTION for Extension of Time to to November 15, 2004 for filing of motions, December 15, 2004 for filing of oppositions and December 29, 2004 for filing of reply briefs by Salem Hospital, the.(Ward, Richard) (Entered: 10/06/2004) |
| 10/12/2004 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 7 Motion for Extension of Time (Flaherty, Elaine) (Entered: 10/12/2004) |
| 11/11/2004 | 8 | Joint MOTION for Extension of Time to December 6, 2004 to For Submission of Cross Motions for Summary Judgment *by the parties* by Salem Hospital, the.(Ward, Richard) (Entered: 11/11/2004) |
| 11/16/2004 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 8 Motion for Extension of Time (Flaherty, Elaine) (Entered: 11/17/2004) |
| 12/06/2004 | 9 | MOTION for Judgment on the Pleadings by Salem Hospital, the. (Flaherty, Elaine) (Entered: 12/08/2004) |
| 12/06/2004 | 10 | MEMORANDUM in Support re 9 MOTION for Judgment on the Pleadings filed by Salem Hospital, the. (Flaherty, Elaine) (Entered: 12/08/2004) |
| 12/06/2004 | 11 | MOTION for Summary Judgment filed by AFSCME, Council 93. (Johnson, Mary) (Entered: 03/10/2005) |
| 12/06/2004 | 12 | MEMORANDUM in Support re 11 MOTION for Summary Judgment filed by AFSCME, Council 93. (Johnson, Mary) (Entered: 03/10/2005) |
| 12/15/2004 | 13 | Pltf's Opposition to Deft's Motion for SJ (11) filedby Salem Hospital. (Johnson, Mary) (Entered: 03/10/2005) |
| 12/15/2004 | 14 | Deft's MEMORANDUM of Law in Opposition to 9 MOTION for Judgment on the Pleadings, filed by AFSCME, Council 93. (Johnson, Mary) (Entered: 03/10/2005) |
| 12/15/2004 | 15 | REPLY Memorandum In Support of Motion re 9 MOTION for Judgment on the Pleadings, filed by Salem Hospital, the. (Johnson, Mary) (Entered: 03/10/2005) |
| 12/29/2004 | 16 | Deft's REPLY Brief to Plaintiff's Opposition toDeft's Motion for SJ (11), filed. (Johnson, Mary) (Entered: 03/10/2005) |
| 03/10/2005 | 17 | NOTICE of Hearing on Motion 9 MOTION for Judgment on the Pleadings, 11 MOTION for Summary Judgment: Motion Hearing set for 5/18/2005 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 03/10/2005) |

| 03/31/2005 | 18 | MOTION to Substitute Party MA Nurses Association for AFSCME, Council 93.(Flaherty, Elaine) (Entered: 04/04/2005) |
|---|---|---|
| 03/31/2005 | 19 | MOTION to Substitute attorney for substituted deft by AFSCME, Council 93.(Flaherty, Elaine) (Entered: 04/04/2005) |
| 04/04/2005 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 18 Motion to Substitute Party. AFSCME, Council 93 terminated, granting 19 Motion to Substitute Party. AFSCME, Council 93 terminated (Flaherty, Elaine) (Entered: 04/08/2005) |
| 05/06/2005 | 20 | Notice Resetting Hearing to: July 20, 2005 at 2:30 p.m.entered. (Johnson, Mary) (Entered: 05/06/2005) |
| 07/20/2005 |  | Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 7/20/2005 re 11 MOTION for Summary Judgment filed by AFSCME, Council 93,, 18 MOTION to Substitute Party filed by AFSCME, Council 93,, 19 MOTION to Substitute Party filed by AFSCME, Council 93,, 9 MOTION for Judgment on the Pleadings filed by Salem Hospital, the,. After hearing, Motions #18 and #19 (to substitute party and to substitute counsel) are ALLOWED. The cross-motions for summary judgment are taken UNDER ADVISEMENT.(Court Reporter James Gibbons.) (Zierk, Marsha) (Entered: 07/20/2005) |
| 09/07/2005 | 21 | Judge Richard G. Stearns : . MEMORANDUM AND ORDER on Cross Motions for Summary Judgment, ENTERED.(Flaherty, Elaine) (Entered: 09/07/2005) |
| 09/07/2005 |  | Civil Case Terminated. (Flaherty, Elaine) (Entered: 09/07/2005) |
| 09/16/2005 | 22 | Proposed Document(s) submitted by Salem Hospital, the. Document received: Proposed Judgment. (Rizzotti, Anthony) (Entered: 09/16/2005) |
| 09/29/2005 | 23 | Judge Richard G. Stearns : Electronic ORDER entered. JUDGMENT in favor of plaintiff against defendant.(Johnson, Mary) (Entered: 09/29/2005) |
| 10/07/2005 | 24 | NOTICE OF APPEAL by Massachusetts Nurses Association. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/27/2005. (Flaherty, Elaine) (Entered: 10/13/2005) |