# United States Court of Appeals
## For the First Circuit

03-12650
USDC-MASS
J. Stearns

No. 05-2614

SALEM HOSPITAL,

Plaintiff, Appellee,

v.

MASSACHUSETTS NURSES ASSOCIATION,

Defendant, Appellant.

**MANDATE**

**JUDGMENT**

Entered: June 2, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The order of the district court vacating the arbitrator's award is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_[signature]_
Deputy Clerk

Date: 6/23/06

By the Court:

RICHARD CUSHING DONOVAN
_____
Richard Cushing Donovan, Clerk

[cc: Mr. MacDonald, Mr. Lamond, Mr. Hickernell, Mr. Rizzotti, Mr. Ward & Mr. Soini.]