03-12650
USDC-MABO
J. Sterns

# United States Court of Appeals
## For the First Circuit

No. 05-2614

SALEM HOSPITAL,

MANDATE

Plaintiff, Appellee,

v.

MASSACHUSETTS NURSES ASSOCIATION,

Defendant, Appellant.

**JUDGMENT**

Entered:  June 2, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The order of the district court vacating the arbitrator's award is affirmed.

**Certified and issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 6/23/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. MacDonald, Mr. Lamond, Mr. Hickernell, Mr. Rizzotti, Mr. Ward & Mr. Soini.]